# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> AARIN RAY STARLIN, <br> Defendant. | Case No.: 19-CR-1568-LAB <br> **ORDER REDUCING SENTENCE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 35(b)** |

WHEREAS, in the United States' Motion to Reduce Sentence Pursuant to Federal Rule of Criminal Procedure 35(b) and sealed Declaration of AUSA Meghan E. Heesch, the United States sought a reduction of the sentence of AARIN RAY STARLIN ("Defendant") by an additional three Guideline levels; and

WHEREAS, pursuant to Federal Rule of Criminal Procedure 43(b)(4), Defendant does not need to be present for a proceeding to reduce his sentence under Rule 35;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Defendant has provided substantial assistance to the United States post-sentencing;
2. Pursuant to the sealed Declaration of AUSA Meghan E. Heesch and in consideration of the § 3553(a) factors elicited at the initial November 25, 2019 sentencing hearing, this Court grants the United States' Motion to Reduce

Sentence Pursuant to Federal Rule of Criminal Procedure 35(b) and re-sentences Defendant to a term of **five months** in custody.

DATED: January 8, 2020.

_____
HONORABLE LARRY ALAN BURNS
Chief United States District Judge